2013 OCT -8 P 2: 22

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:13-cr-323-JCM-PAL |
| DONALD WALTERS, JR. | |
| Defendant. | ORDER |

On October 8, 2013, the Court granted the Federal Public Defender's "Sealed Motion to Withdraw and for Appointment of New Counsel" (#15) and appointed new counsel. Therefore;

IT IS HEREBY ORDERED that James B. Hartsell, Esq. is appointed as counsel for Donald Walters, Jr., in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Hartsell forthwith.

DATED this _____ day of October, 2013.

Nunc Pro Tunc Date: October 8, 2013.

PEGGY A. LEEN
United States Magistrate Judge