JAMES HARTSELL, ESQ.
Nevada Bar No. 5017
LAW OFFICES OF JAMES HARTSELL
720 S. Fourth Street, Suite 100
Las Vegas, NV 89101
(702) 384-3132
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DONALD WALTERS, JR., ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:13-CR-00323-JCM-PAL |

**UNOPPOSED MOTION FOR PRESENTENCE REPORT**

COMES NOW, the Defendant, DONALD WALTERS, JR., by and through his counsel, JAMES HARTSELL, ESQ., and moves this Honorable Court to order a presentence report for the purposes of determining his Criminal History Category.

This Motion is supported by the Points and Authorities attached hereto and the additional arguments of counsel to be adduced at the hearing thereof.

DATED this 24th day of February, 2014.

_____/s/_____
JAMES HARTSELL, ESQ.
Attorney for Defendant

1

## POINTS AND AUTHORITIES

The Defendant is charged by way of Indictment with two (2) counts of Felon in Possession of Firearm. Trial is currently set for April 14, 2014.  The case is close to being negotiated however because of the Defendant's criminal history, it is difficult to determine exactly under which Criminal History Category his case will fall.  As he may very well fall under Category IV, it is important for the Defendant to know what his guideline range may be.  The Defendant would like a presentence investigation to determine his criminal history category.  Defense counsel spoke with the Government and they do not oppose this motion.

Therefore, it is requested that this Court order a presentence investigation determine the Defendant's Criminal History Category only.

## CONCLUSION

The Defendant respectfully requests that her motion be granted based on the above.

DATED this 24th day of February, 2014.

Respectfully submitted

___/s/_____
JAMES HARTSELL, ESQ.

**IT IS SO ORDERED**

Dated: March 5, 2014

_____
UNITED STATES MAGISTRATE JUDGE