UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD WALTERS, JR.,<br><br>Defendant(s). | Case No. 2:13-CR-323 JCM (PAL)<br><br>ORDER |

Presently before the court is *United States v. Walters*, case no. 2:13-cr-00323-JCM-PAL. Donald Walters, Jr. ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon his belief that his federal and state court sentences were to run concurrently, which he alleges they do not. (ECF No. 91). Briefing shall proceed as follows: respondent has thirty days from the date of this order to file a response. Thereafter, petitioner has thirty days to file a reply.

Accordingly,

It is ORDERED that respondent file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 no later than thirty (30) days from the date of this order. Petitioner's reply is due thirty (30) days thereafter.

DATED June 17, 2016.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**