# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00323-JCM-PAL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DONALD WALTERS, JR., | |
| Defendant. | |

IT IS HEREBY ORDERED that Donald Walters, Jr.'s is continued on present terms of release with one additional condition:

- Residential Reentry Center – Mr. Walters must reside in a residential reentry center from May 13, 2024 to May 31, 2024. Mr. Walters must follow the rules and regulation of the center.

DATED May 16, 2024.

By: _____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE