AO 470  (Rev  01/09)  Order Scheduling a Detention Hearing



# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

United States of America )
v. )
**DONALD WALTERS** )
_____ )
*Defendant* )

Case No. 2:13-CR-00323-JCM

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Courthouse | Courtroom No.: | 3A |
|---|---|---|---|
| | 300 Las Vegas Blvd So<br>Las Vegas, NV 89101 | Date and Time: | 08/02/2024 at 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07/31/2024
_____

_____
*Judge's signature*

MAXIMILIANO D COUVILLIER, III,
_____
*Printed name and title*