RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Donald Walters, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD WALTERS, JR.,<br><br>　　　　　　Defendant. | Case No. 2:13-cr-00323-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Donald Walters, Jr., that the Revocation Hearing currently scheduled on October 4, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to negotiate a possible non-hearing resolution.
2. The defendant is awaiting additional discovery from probation.
3. The defendant is out of custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of October 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ *David Kiebler*<br>DAVID KIEBLER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD WALTER, JR.,<br><br>　　　　Defendant. | Case No. 2:13-cr-00323-JCM-PAL<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Friday, October 4, 2024, at 10:00 a.m., be vacated and continued to October 23, 2024 at the hour of 10:00 a.m.

　　　DATED October 3, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE